US DISTRICT COURT

MINNESOTA

Susan Lloyd

55 Stanley Ave

Landisville pa 17538

    Plaintiff

RECEIVED BY MAIL

APR 2 7 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

26-cv-2383-SRN/DTS

V

Medtronic, Inc

710 MEDTRONIC PKWY

MINNEAPOLIS, MN 55432-5603

    Defendant

LLOYDS COMPLAINT FOR PRODUCT LIABILITY, NEGLIGENCE, FRAUD

PARTIES

1. Plaintiff Susan Lloyd is a resident of Pennsylvania at all relevant times

2. Medtronic is Defendant whose business is located in Minnesota at all relevant times

VENUE AND JURISDICTION

3. Venue is proper as the manufacturer Medtronic is based in Minnesota

4. This court has diversity jurisdiction pursuant to 28USC1332 as Lloyd resides in Pennsylvania and Medtronic is based in Minnesota

FACTS

LT  SCANNED
APR 2 7 2026
U.S. DISTRICT COURT MPLS

5. Lloyd began using a Medtronic pacemaker September 5 2002

6. Lloyd asserts that her previous medtronic pacemakers worked correctly (adapta and Kappa)

7. On July 23 2018, Lloyds adapta Medtronic Pacemaker was replaced with an Azure

8. Lloyd asserts that since replacement of her pacemaker, her rapid arrhythmias including vtach and svt are not recorded by the device as they should be

9. Lloyd asserts that she discovered Azure defects in May 2022 when a medtronic rep told Lloyd that her rhythms are not recording because her device is on a watch list due to a battery issue

10. Lloyd asserts since covid her arrhythmias have become much worse and after Covid is when she discovered that her azure pacemaker is not recording her arrhythmias in May 2022

11. Lloyd asserts she discovered defects in the Azure when she began to wear monitors after having COVID several times

12. Lloyd asserts she has in the past several years, worn Cardionet, Phillips and Boston Scientific heart monitors, all of which have shown Lloyd has a repeated vtach and svt arrhythmias (none of which her pacemaker recorded)

13. Lloyd asserts between APril and May 2024, she wore a cardionet for 30 days.

14. Lloyd asserts it showed rapid arrhythmias that never recorded on Lloyds pacemaker

15. Lloyd asserts her pacemaker should record any rapid arrhythmia over 154

16. Lloyd asserts these arrhythmia exceeded 154 beats per minute but none recorded

17. Lloyd asserts in May 2022, she wore a cardionet monitor that showed Lloyd had an urgent vtach.

18. Lloyd asserts her pacemaker recorded nothing

19. Lloyd asserts her old Adapta and Kappa pacemakers would have recorded all of these arrhythmias

20. Lloyd asserts that her Azure should have but did not record any of these arrhythmias

21. Lloyd asserts that she wore a monitor for 14 days on or about May 2025

22. LLoyd asserts in 14 days, she had 14 arrhythmias (all of which her pacemaker recorded nothing

23. Lloyd asserts she recently wore a boston scientific heart monitor for 30 days

24. In 30 days, Lloyd had 20 plus arrhythmias

25. Lloyds device recorded nothing

26. Lloyd asserts on or about April 11 2026, she had a 30 second rapid arrhythmia which her device never recorded

27. Lloyd asserts on or about March 7 2026 Lloyd had severe pre syncope with a rapid arrhythmia and her device never recorded anything leading Lloyd to having to wear yet another heart monitor

28. Lloyd asserts her pacemaker should have recorded all of these arrhythmias and yet it recorded none of them

29. Lloyd asserts when Medtronic installed this pacemaker in Lloyd, they knew it had battery problems

30. Lloyd was told by a medtronic rep in May 2024 that these battery issues were causing Lloyds device to not record arrhythmias as to record arrhythmias takes up a lot of battery and Lloyds device was "trying to save itself"

31. LLoyd asserts her physicians have lowered the detection rate of Lloyds device to the lowest setting 154 beats when they realized Lloyds device was not properly recording arrhythmias

32. Lloyd asserts that even with lowering the detection to 154 bpm, the device still records nothing

33. Lloyd asserts these arrhythmias were more than 154 bpm and should have been recorded

34. Lloyd again asserts her old Adapta and Kappa pacemakers would  have recorded everything

35. LLoyd has had arrhythmias dating back prior to Kappa installation Sept 5 2002.

36. Lloyd asserts every time she felt arrhythmias with Kappa or Adapta, they recorded

37. LLoyd asserts this Azure should record her arrhythmias

38. Lloyd asserts the Azure does not function properly and does not record Lloyds arrhythmias even when they are life threatening such as longer runs of vtach

39. Lloyd asserts she has nearly daily svt and/or vtach and her device records nothing

40. Lloyd asserts some of these arrhythmias have caused Lloyd severe pre syncope, nausea, chest pains, shortness of breath and other symptoms and yet still were not recorded

41. Lloyd asserts that all of these arrhythmias should have recorded and did not

42. LLoyd asserts it is because at the time Medtronic sold Lloyd this device, they knew it had manufacturing defects and yet sold and distributed the device to Lloyd anyways

43. Lloyd asserts as a result, she has suffered emotional distress and severe frustration from having arrhythmias that dont show up that cause Lloyd severe symptoms such as pre syncope

44. Lloyd asserts her frustration is so great that after having a device for over 20 years (since sept 2002), Lloyd wants nothing to do with it anymore and it is because of the azure defects

45. Lloyd has told her physicians due to these defects she is contemplating not having a pacemaker anymore even though Lloyd is paced 50 to 70 percent of the time, a highly frequent dependency on it

46. Lloyd asserts she has suffered severe skin rashes from having to wear monitors for up to 30 days at a time when her device should have been recording these arrhythmias

47. Lloyd asserts that she has already been in the hospital as late as January 2026 and the hospital monitors record Lloyds arrhythmias but Lloyds pacemaker does not

48. Lloyd asserts despite knowing their is defects in her azure, medtronic has done nothing  and her arrhythmias are still not recording

49. Lloyd asserts a manufacturing defect by the Defendant Medtronic  is the reason why her arrhythmias are not recording

50. As a direct result of her Pacemaker not working as it was designed to do, Lloyds physicians want to give Lloyd an implantable monitor to wear long term

51. Lloyd would not have to had sustained these injuries if her device was working correctly

52. Despite knowing Lloyds device has not been working correctly since at least May 2022 when Lloyd reported it to

Medtronic, Medtronic has done nothing to correct the problem

53. Lloyds physicians called Medtronic in to their office and despite knowing Lloyds device is NOT recording her arrhythmias, Medtronic declared the device works great

54. Lloyds physicians consulted with Medtronic as Lloyd wore heart monitors that recorded severe arrhythmias and yet Lloyds device recorded nothing

55. Again, Medtronic told Lloyd its because her device is on a FDA watch list for "battery issues"

56. LLoyd has standing as the merits of this claim show Lloyd would be successful

57. Lloyd has also suffered an injury that is traceable to Medtronic

58. Lloyd has suffered actual injury ( delay of treatment of her cardiac arrhythmias , emotional distress at being told once again nothing showed up on Lloyds device despite Lloyd having presyncope and other severe symptoms, skin rashes after having to wear multiple monitors, a surgery to implant a recording device, a surgery sooner than should be required to replace Lloyds defective device)

59. LLoyds monitors she has worn has shown her symptoms are directly correlated to cardiac arrhythmias (all of which should have shown up on Lloyds pacemaker but did not)

60. Lloyds injuries are traceable and a direct result of Defendants manufacturing defects of Lloyds device

61. Relief given to Lloyd will redress her injuries as Lloyd wants financial compensation for her losses and replacement of lloyds defective device

62. Lloyd would not have purchased her azure pacemaker if she would have known it was on a watch list and that it had manufacturing defects which did not record her arrhythmias

63. The ability of a pacemaker to record arrhythmias is very important to Lloyd for her cardiac conditions

64. LLoyds injury affected her in a personal way as the manufacturing defects caused Lloyd harm

65. This manufacturing defect of not recording rapid heart rates is present in Lloyds pacemaker and has caused Lloyd harm (delay of treatment, frustration and emotional distress, increased medical bill costs, skin rashes from having to wear monitors, a surgery sooner than anticipated to replace the defective device, a surgery to install a long term monitor, etc)

66. Lloyds pacemaker battery issue also poses other serious risks to Lloyd as if it would suddenly die,Lloyds heart could stop as Lloyd uses it up to 70 percent of the time

67. Defendants knew when they sold Lloyd this pacemaker that it had a battery issue

68. LLoyds device has a high probability of injuring Lloyd even further due to the fda watch list notice

69. The fda warning states "As of April 26, 2019, three complaints out of ~266,700 devices distributed worldwide since February 2017, have been received that included a no output /no telemetry scenario resulting from rapid battery depletion. Battery depletion due to this issue can range from several days to several weeks. One of these reported events contributed to a patient death."

70. Medtronic knew about this issue in Feb 2017 and Lloyd did not receive her device until July 2018

71. Medtronic knew at the time they gave lloyd her device that it had a manufacturing defect and gave it to Lloyd anyways

CLAIM I- VIOLATIONS OF PRODUCT LIABILITY STATUES

LLoyd incorporates 1-71 and includes but not limited to the following

72. Medtronic is a product seller within the Minnesota Product Liability Act

73. Medtronic is engaged in the design, sale, marketing, distribution and supply of the Medtronic Azure pacemaker

74. The azure Pacemaker is a class III medical device by the FDA

75. Prior to Lloyds surgery, Medtronic began to distribute the Medtronic Azure pacemaker to its dealers, retailers and local consumers so it could be used in patients like Lloyd

76. The Azure pacemaker was not modified in any way after being manufactured before being placed into lloyd

77. A medtronic rep was present during Lloyds surgery and Lloyd believes he may have brought the device with him as he brought it into room and laid it on a table prior to Lloyds surgery

78. On July 23 2018, Lloyd had her medtronic azure pacemaker implanted

79. At all times mentioned in this complaint, Lloyds azure pacemaker was defective, unsafe and unreasonably dangerous and was in that condition when it was manufactured and sold by medtronic

80. Pursuant to Minnesota Product Liability statue, Medtronic is liable and legally responsible for the injuries to Lloyd

81. The azure pacemaker was manufactured, sold, retailed, distributed and/or supplied in unsafe, defective or reasonably dangerous condition which presented harm to Lloyd

82. The Azure pacemaker was designed so the battery would die to soon

83. The azure pacemaker was designed so Lloyds arrhythmias would not record like they should

84. Medtronic knew at the time of Lloyds surgery that the Azure pacemaker had defects and yet allowed it to be implanted into Lloyd anyways

85. LLoyd was not warned of the defects and dangers of the Azure pacemaker

86. Medtronic knew of the severe defects of the Azure pacemaker and concealed them from Lloyd

87. Medtronic knew that the battery was dying to soon in Azure pacemakers

88. Medtronic knew the Azure pacemakers were not properly recording arrhythmias

89. Medtronic failed to make proper modifications so Lloyd would not be injured

90. As a direct result of medtronic Lloyd suffered pain and suffering, Humiliation, frustration and embarrassment when she would complain of rapid heart rates but nothing would show up on her device, Skin rashes from having to wear repeat monitors, Surgeries to implant a long term monitor and to replace lloyds azure sooner than expected, Financial loss from paying for a device which has defects and paying for long term monitors, treatment of skin irritations from wearing long term monitors, and other

financial losses to be determined at trail, Delay of detection and treatment of Lloyds cardiac arrythmias

91. Lloyd has incurred and will continue to incur expenses related to medical care as a direct result of defects in her azure pacemaker, Frustration and mental anguish over her device not recording arrhythmias properly, need for longer term monitors including implantable one and a pacemaker surgery sooner than anticipated due to defects in the azure

92. Lloyd did nothing to contribute to her injuries and neither did the hospital or physician who implanted Lloyds device

93. Lloyds injuries are a direct result of manufacturing defects by medtronic

Lloyd is asking for damages in excess of 75,000.00

CLAIM II- NEGLIGENCE

LLoyd incorporates 1-93 and includes but not limited to the following

94. Medtronic had a duty to make sure the azure did not have manufacturing defects before distributing it to be implanted into Lloyd

95. Medtronic breached that duty when they knew since prior to Lloyds surgery that the azure had battery problems

96. Medtronic breached that duty when they knew prior to Lloyds surgery that the azure had problems recording arrhythmias

97. Despite knowing the azure had manufacturing defects, they implanted it into Lloyd anyways

98. LLoyds injuries are a direct result of Defendants negligence

99. Lloyds injuries would not have occured absent Defendants negligence

LLoyd is asking for damages in excess of 75,000.00

CLAIM III- FRAUD

LLoyd incorporates 1-99 and includes but not limited to all the following

100. Medtronic intentionally concealed from Lloyd defects in her device when they sold it and distributed it to be implanted into Lloyd

101. Medtronic had a duty to disclose these defects when they distributed the azure to be implanted into Lloyd

102. Medtronic breached that duty when they intentionally concealed these defects from Lloyd

103. LLoyd did not discover these defects until she began to have alot of arrhythmias post covid and the medtronic rep told Lloyd that these defects were the reason why Lloyds device was not recording her arrhythmias

104. These defects caused Lloyd injury as described in 1-103 above

105. Lloyd had no other way to find out about these defects sooner

LLoyd should be awarded damages in excess of 75,000.00

DAMAGES

Actual

Punitive

Emotional distress

Present and future medical care for azure device, heart monitors and replacement of azure

Any other damage this court sees fit

Damages in excess of 75,000.00

Susan lloyd

/s/ susan lloyd

55 stanley ave

Landisville pa 17538

DomiNo 7575@yahoo.com

213 321 9999